WILLIAM C. BROWNING et al., Executors, etc., Respondents, *v.* THE SHELBY IRON COMPANY, Appellant.

(Argued March 10, 1884 ; decided March 21, 1884.)

*E. More* for appellant.

*William A. Beach* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

———————

CHARLES E. PATTERSON, as Receiver, etc., Respondent, *v.* DANIEL ROBINSON et al., Appellants.

(Argued March 11, 1884 ; decided March 21, 1884.)

*Esek Cowen* for appellants.

*Simon W. Rosendale* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

———————

CATHARINE OWENS, Respondent, *v.* J. J. BLOOMER et al., Administrators, etc., Appellants.

(Argued March 11, 1884 ; decided March 21, 1884.)

*J. McGuire* for appellants.

*R. King* for respondent.

Order of General Term reversed and decree of surrogate affirmed.
All concur ; no opinion.
Order reversed and decree affirmed.